# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Brittany Haas, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br>v.<br><br>Aldi, Inc.,<br><br>     Defendant. | Civil Action No. 1:22-cv-00375 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their undersigned attorneys of record, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby dismissed with prejudice and with each party to bear its own costs and fees.

**SO STIPULATED.**

Dated: 6/24/2022

By:

| | |
|---|---|
| McGuireWoods LLP | Sheehan & Associates, P.C. |
| /s/ Patrick Clyder | /s/ Spencer Sheehan |
| Patrick Clyder | Spencer Sheehan |
| 77 West Wacker Drive | 60 Cuttermill Road |
| Suite 4100 | Suite 409 |
| Chicago, IL 60601-1818 | Great Neck, NY 11021 |
| (312) 750-8668 | (516) 268-7080 |
| pclyder@mcguirewoods.com | spencer@spencersheehan.com |
| *Counsel for Defendant Aldi, Inc.* | *Counsel for Plaintiff Brittany Haas* |